IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK MCINTOSH,
   Plaintiff,
    v.

MARGARET LAUREN WADE
CNN VIDEOGRAPHER,
   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-469-TWT

**ORDER**

This is a 42 U. S. C. § 1983 action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the action for failure to state a claim. As set forth in the Report and Recommendation, the Defendant is not a state actor and is not subject to suit under Section 1983. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge